_____

_____

                                        *

            Appellant,
                                        *    Appeal from the United States
                                        *    District Court for the

United States Internal Revenue
Service,
                                        *
                                        *

                  Submitted:   September 6, 1996

                       _____

                       _____

      Pauline     Carroll appeals from the district court's[1]

          ptcy court's[2]

    d                                                                    e

                                                                         s

                              <u>See</u>

_____

      [1]

      [2]

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.